40426-00109-WJK
**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
BY: Walter J. Klekotka, Esquire
NJ Attorney ID #: 015931987
15000 Midlantic Drive ◙ Suite 200
P.O. Box 5429
Mt. Laurel, NJ 08054
☎ 856-414-6000   🖷 856-414-6077
✉ wjklekotka@mdwcg.com
Attorney for Defendant(s), Live Nation Worldwide, Inc. and Live Nation Entertainment, Inc.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GINA BARRELLA<br><br>Plaintiff(s),<br><br>vs.<br><br>CITY OF ATLANTIC CITY, ALLIANCE FOR ATLANTIC CITY FOUNDATION, LIVE NATION WORLDWIDE, INC., AND LIVE NATION ENTERTAINMENT, INC., STRIKE FORCE PROTECTIVE SERVICES, INC., and CONTEMPORARY SERVICES CORPORATION<br><br>Defendant(s). | DOCKET NO.: 1:17-Cv-03048-RBK-AMD<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against either party with prejudice.

This court shall retain jurisdiction to enforce the terms and conditions of the settlement.

| | |
|---|---|
| **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN** | **RHEINGOLD & GIUFFRA RUFFO & PLOTKIN LLP** |
| By: _/s/ Walter J. Klekotka_<br>Walter J. Klekotka, Esquire<br>Attorney for Defendant Live Nation | By: _/s/ Sherri Plotkin_<br>Sherri Plotkin, Esquire<br>Attorney for Plaintiff |

LEGAL/118902977.v1

STAHL & DELAURENTIS

By: _____
Robert Brown, Esquire
Attorney for Defendant Contemporary Services Corporation

PILLINGER MILLER TARALLO, LLP

By:_____
Michael Brumbach, Esquire
Attorney for Defendant Strike Force